**EXHIBIT 2:** INFRINGEMENT

URL: https://www.instagram.com/tv/CeW0HrRJSJ8/?fbclid=IwAR3CEeGle4s93kzMo2ceoCyRxAigcvhqu01YDfD31Rv7INf4fxi5f6lwSiw

