IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Reed Timmer**, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) CASE NO. _____ | |
| ) | |
| v. ) | |
| ) | |
| **Shamrock Hills LLC** ) | |
| ) | |
| Defendant(s). ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Craig B. Sanders** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this \_\_\_\_ day of _____, 20\_\_.

_____
Patrick A. Hamilton
Hamilton Law Firm, LLC
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 647-7512

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Reed Timmer**, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) CASE NO. _____ |
| | ) |
| v. | ) |
| | ) |
| **Shamrock Hills LLC** | ) |
| | ) |
| Defendant(s). | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   Craig B. Sanders

2. I practice under the following firm name or letterhead:

   Name:   Sanders Law Group

   Address:   333 Earle Ovington Boulevard, Suite 402
   Uniondale, NY 11553

   Telephone Number:   516-203-7600

   Fax:

   Email address:   csanders@sanderslaw.group

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

   | Court | Date of Admission | Bar Number |
   |---|---|---|

   SEE ATTACHED LIST AS EXHIBIT 1

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. This Affidavit is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1]

_____
Craig B. Sanders

Sworn to before me this
15 day July 2025

_____
Notary Public





# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing
### Registration Form

Name: Craig Sanders
Office: Sanders Law Group
Address: 333 Earle Ovington Blvd
Address: Suite 402
City: Uniondale    State: NY    Zip: 11553
Office Phone: 516-203-7600    Ext.:    Fax:

State Bar # _____

Attorney's Internet E-mail Address: csanders@sanderslaw.group

Additional email addresses that should receive Notices of Electronic Filing: ecf@sanderslaw.group

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

7/15/2025
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.

# EXHIBIT 1 – ADMISSION LIST

| State | License | Date of Admission | Good Standing |
|---|---|---|---|
| Kentucky | 100896 | 9/11/2024 | yes |
| Massachusetts | 714639 | 7/24/2024 | yes |
| New Jersey | 283442018 | 8/24/2018 | yes |
| Washington | 46986 | 12/9/2013 | yes |
| Utah Bar | 14402 | 2/28/2013 | yes |
| Colorado Bar | 45562 | 1/23/2013 | yes |
| Maryland Bar | N/A | 1/17/2013 | yes |
| California Bar | 284397 | 10/10/2012 | yes |
| New York Bar | 2578219 | 1/4/1994 | yes |
| Florida Bar | 0985686 | 10/1/1993 | yes |

| District | Date of Admission | Good Standing |
|---|---|---|
| Arkansas Eastern District | 10/4/2021 | yes |
| Arkansas Western District | 8/14/2022 | yes |
| California Eastern District | 11/5/2012 | yes |
| California Southern District | 11/5/2012 | yes |
| California Central District | 11/5/2012 | yes |
| California Northern District | 11/5/2012 | yes |
| Colorado District | 7/16/2012 | yes |
| Connecticut District | 3/16/2022 | yes |
| District of Columbia | 1/19/2021 | yes |
| Florida Northern District | 9/10/2012 | yes |
| Florida Middle District | 11/20/2012 | yes |
| Florida Southern District | 9/12/2012 | yes |
| Illinois Central District | 1/29/2013 | yes |
| Illinois Northern District | 1/29/2013 | yes |
| Illinois Southern District | 1/31/2013 | yes |
| Indiana Northern District | 1/25/2013 | yes |
| Indiana Southern District | 8/20/2013 | yes |
| Kentucky Eastern District | 12/10/2024 | yes |
| Kentucky Western District | 9/20/2024 | yes |
| Maryland District | 12/6/2012 | yes |
| Massachusetts District | 8/26/2024 | yes |
| Michigan Eastern District | 10/4/2021 | yes |
| Michigan Western District | 10/4/2021 | yes |
| Missouri Eastern District | 5/10/2022 | yes |
| Nebraska District | 5/18/2021 | yes |
| New Jersey District | 9/10/2018 | yes |
| New York Eastern District | 1994 | yes |
| New York Southern District | 1994 | yes |
| New York Northern District | 1/8/2013 | yes |

| District | Date of Admission | Good Standing |
|---|---|---|
| New York Western District | 1/8/2013 | yes |
| North Dakota District | 3/31/2025 | yes |
| Ohio Northern District | 10/3/2022 | yes |
| Oklahoma Western District | 6/14/2021 | yes |
| Oklahoma Northern District | 6/14/2021 | yes |
| Tennessee Middle District | 11/14/2021 | yes |
| Tennessee Western District | 2/18/2022 | yes |
| Texas Eastern District | 2/4/2013 | yes |
| Texas Western District | 4/8/2013 | yes |
| Texas Southern District | 3/13/2013 | yes |
| Texas Northern District | 3/7/2013 | yes |
| Utah District | 3/1/2013 | yes |
| Wisconsin Western District | 1/30/2013 | yes |
| Wisconsin Eastern District | 3/20/2013 | yes |
| Washington Eastern District | 1/30/2014 | yes |
| Washington Western District | 1/22/2014 | yes |

| Circuit | Date of Admission | Good Standing |
|---|---|---|
| Second Circuit | 8/30/1995 | yes |
| Third Circuit | 10/2/2020 | yes |
| Fifth Circuit | 6/3/2016 | yes |
| Seventh Circuit | 8/9/2019 | yes |
| Ninth Circuit | 2/23/2015 | yes |
| Tenth Circuit | 4/13/2015 | yes |

| SCOTUS | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of the United States | 4/21/2014 | yes |

| Bankruptcy | Date of Admission | Good Standing |
|---|---|---|
| Michigan Eastern District | 5/23/2012 | yes |
| New York Eastern District | 5/23/2012 | yes |
| Ohio Southern District | 5/31/2012 | yes |
| Ohio Northern District | 5/31/2012 | yes |
| California Northern District | 6/22/2012 | yes |
| California Central District | 6/22/2012 | yes |
| North Carolina Western District | 5/18/2012 | yes |
| Washington Western District | 5/18/2012 | yes |
| Arizona District | 5/21/2012 | yes |
| Florida Southern District | 5/30/2012 | yes |
| Alabama Northern District | 6/22/2012 | yes |
| Pennsylvania Middle District | 6/25/2012 | yes |
| Oregon District | 6/25/2012 | yes |
| Tennessee Northern District | 6/26/2012 | yes |
| South Carolina District | 6/26/2012 | yes |

| | | |
|---|---|---|
| Maryland District | 6/26/2012 | yes |
| Arkansas Eastern District | 6/27/2012 | yes |
| Arkansas Western District | 6/27/2012 | yes |