# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**REED TIMMER,**

        **Plaintiff,**

**v.**

**SHAMROCK HILLS, LLC,**

        **Defendant.**

Case No.: 2:25-cv-02388

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Heather Voegele be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 10th day of August, 2025.

/s/Anne M. Marchael
Anne M. Marchael, KS# 26565
BUSINESS LAW ADVISORS, LLC
8700 Monrovia St., Suite 310

Lenexa, KS 66215
(913) 647-7522
anne@phbusinesslaw.com
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 10, 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court via CM/ECF, which sent notice of its filing to the following:

Craig Sanders, Esq.                    Patrick A. Hamilton
Sanders Law Group                      Hamilton Law Firm
333 Earle Ovington Blvd, Suite 402     8700 Monrovia St., Suite 310
Uniondale, NY 11553                    Lenexa, KS 66215
(516) 203-7600                         (913) 647-7512
csanders@sanderslaw.group              patrick@lenexalaw.com

*Attorneys for Plaintiff*

/s/Anne M. Marchael