UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **REED TIMMER,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**SHAMROCK HILLS, LLC,**<br><br>　　　　　　**Defendant.** | Case No.: 2:25-cv-02388 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Heather Susan Voegele.

2. I practice under the following firm name or letterhead:

    Name: Voegele Anson Law, LLC

    Address: 3516 N 163rd Plaza

    　　　　　Omaha, NE 68116

    Telephone Number: (531) 999-1857

    Fax: (531) 257-1132

    Email address: hvoegele@v-alaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Nebraska | 9/19/2003 | 22730 |
| United States District Court, District of Nebraska | 9/19/2003 | |
| United States Bankruptcy Court, District of Nebraska | 9/19/2003 | |
| Eighth Circuit Court of Appeals | 10/7/2003 | |
| United States Supreme Court | 10/09/2012 | 28479 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

**FURTHER AFFIANT SAYETH NOT.**

DATED this 10th day of October, 2025.

*Heather Voegele*
Heather Voegele

The foregoing instrument was acknowledged before me on this 10th day of October, 2025, by Heather Voegele, known to me personally or who has produced satisfactory evidence of identification to me.

GENERAL NOTARY - State of Nebraska
KRISTY SKOOG-SMITH
My Comm. Exp. January 4, 2027

*Kristy Skoog-Smith*
Notary Public